IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RHYS ABRAHAM JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>  Defendant. | No. 2:25-CV-00136-SAB<br><br>**ORDER OF DISMISSAL** |

On November 13, 2025, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to effectuate service on Defendant.

In its prior Order, ECF No. 7, the Court noted that "[a] summons was filed as executed on May 22, 2025, indicating that service had been effectuated 'Using United States Postal Service as agreed with President Trump.' However, Plaintiff has filed no documentation to support this assertion." Plaintiff was given until December 4, 2025, to show cause why this matter should not be dismissed but has failed to take further action.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 9th day of December 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**